UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CR88RWS(SPM) |
| ) | |
| DIONNE LAMONT GATLING-1, ) | |
| TIMOTHY LAMONT RUSH-2, ) | |
| ANDRE ALPHONSO RUSH-3, ) | |
| LORENZO RALPH GIBBS-4, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the undersigned United States Magistrate Judge on the United States' Sealed Request for Redactions to certain portions of the *Franks* Hearing Transcripts (Doc. 395). In response to a request from a member of the press for "closed testimony" taken during the *Franks* hearing which began on October 17, 2016, I entered an order requiring the government to submit proposed redactions to hearing transcripts of testimony taken during portions of the hearing when the press and public were excluded from the courtroom and were without audio access to the testimony; namely, the testimony of CS1, portions of John Harvey's testimony, the testimony of David Aguilar and the testimony of Keith Cromer on October 19, 2016. (Doc. 367). The parties subsequently requested transcripts of the entire hearing. The hearing transcripts, including transcripts of the closed proceedings, were prepared and filed under seal pending proposed redactions by the United States in five volumes: Volume I (Doc. 378); Volume I-Excerpt (Doc. 379); Volume II (Doc. 380); Volume II-Excerpt (Doc. 381); Volume III (Doc. 382); Volume III-Excerpt (Doc. 383); Volume IV (Doc. 384); Volume IV-Excerpts A and B (Doc. 385); Volume IV-Excerpt C (Doc. 386); Volume V (Doc. 387); Volume

V-Excerpts A, B & C (Doc. 388).

On November 15, 2016, the United States filed its proposed redactions with the Court and served the same on counsel for each defendant. The proposed redactions appear to be reasonable and narrowly tailored to protect the safety and personal information of witnesses. In addition, no defendant has objected to the proposed redactions and the time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the United States' request to redact certain portions of the *Franks* Hearing Transcripts is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Franks* Hearing transcript Volume I (Doc. 378); Volume II (Doc. 380); Volume II-Excerpts (Doc. 381); Volume III (Doc. 382); Volume III-Excerpts A, B & C (Doc. 383); Volume IV (Doc. 384); Volume IV-Excerpts A and B (Doc. 385); Volume V (Doc. 387); and Volume V-Excerpts A, B & C (Doc. 388) be redacted in a manner that is consistent with the United States' proposed redactions (Doc. 395) and filed with the Clerk of Court.

**IT IS FURTHER ORDERED** that the unredacted copies of the *Franks* Hearing transcript Volume I (Doc. 378); Volume II (Doc. 380); Volume II-Excerpts (Doc. 381); Volume III (Doc. 382); Volume III-Excerpts A, B & C (Doc. 383); Volume IV (Doc. 384); Volume IV-Excerpts A and B (Doc. 385); Volume V (Doc. 387); and Volume V-Excerpts A, B & C (Doc. 388) must remain under seal until further order of the Court.

**IT IS FURTHER ORDERED** that, for the reasons stated on the record at the time of the hearing, Volume I-Excerpt (Doc. 379) and Volume IV-Excerpt C (Doc. 386) of the *Franks* Hearing transcript shall remain under seal until further order of the Court.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of December, 2016.