UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14 CR 88 RWS SPM |
| | ) | |
| TIMOTHY LAMONT RUSH (2), | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On December 1, 2017, United States Magistrate Judge Shirley Padmore Mensah filed a Report and Recommendation which recommended that Defendant Timothy Rush be released on conditions to be set by Judge Mensah pending trial. Any objections to the report had to be filed no later than December 15, 2017. As of today's date, no objections have been filed. As a result I will adopt Judge Mensah's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED that** the Report and Recommendation of Judge Shirley Padmore Mensah filed on December 1, 2017 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED that** Defendant Timothy Rush's second motion to reconsider the detention order [468] is **GRANTED**.

By separate order Judge Mensah will set a bond hearing. Defendant Rush must comply with all the conditions of release set by Judge Mensah.

／s／ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2017.